JOSEPH K. KAMELAMELA   2493
Corporation Counsel

LOCKEY WHITE        10487
JOHN MUKAI          5344
Deputies Corporation Counsel
County of Hawai'i
Office of the Corporation Counsel
101 Aupuni Street, Suite 325
Hilo, Hawai'i 96720
Telephone: (808) 961-8251
Facsimile: (808) 961-8622
Email: Lockey.White@hawaiicounty.gov

Attorneys for Defendants
  HAWAI'I POLICE DEPARTMENT, PAUL K. FERREIRA, in his official
  and individual capacities AND HARRY S. KUBOJIRI, in his official and
  individual capacities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JAMI L. HARPER,<br><br>              Plaintiff,<br><br>vs.<br><br>HAWAI'I POLICE DEPARTMENT; PAUL K. FERREIRA, in his official and individual capacities; HARRY S. KUBOJIRI, in his official and individual capacities; and DOE DEFENDANTS 1-50,<br><br>              Defendants. | Civil No. CV 18-00378-HG-KSC<br>(Other Non-Vehicle Tort)<br><br>STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT |

## STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT

It is hereby stipulated and agreed between Plaintiff JAMI L. HARPER ("Plaintiff") and Defendants HAWAI'I POLICE DEPARTMENT; PAUL K. FERREIRA, in his official and individual capacities; HARRY S. KUBOJIRI, in his official and individual capacities ("County Defendants") as follows:

1. Plaintiff did not intend to plead any federal cause of action in the Complaint filed in the Third Circuit of the State of Hawai'i, Case Number 18-1-109K, which is the subject of the Notice of Removal by the County Defendants, nor does Plaintiff currently intend to amend the Complaint to add a federal cause of action.

2. Plaintiff and the County hereby stipulate to having this matter remanded to the Circuit Court of the Third Circuit of the State of Hawai'i.

3. Each party to bear their own fees and costs.

Dated: Kailua-Kona Hawai'i, October 5, 2018.

JAMI L. HARPER, Plaintiff

By /s/ Jason R. Kwiat
   JASON R. KWIAT
   His Attorney

Dated: Hilo, Hawai'i, October 5, 2018.

        HAWAI'I POLICE DEPARTMENT, PAUL K. FERREIRA, in his official and individual capacities, AND HARRY S. KUBOJIRI, in his official and individual capacities, Defendants

        By /s/ Lockey E. White
           LOCKEY E. WHITE
           Deputy Corporation Counsel
           Their Attorney

APPROVED AND SO ORDERED:

[signature]
UNITED STATES DISTRICT JUDGE

10.9.18